UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| BETTY GRBA-CRAGHEAD, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MICHAEL J. ASTRUE, )<br>Commissioner of Social Security, )<br>)<br>Defendant. ) | Cause No. 4:08CV1894 RWS |

## MEMORANDUM AND ORDER

This matter is before me on a Report and Recommendation to affirm the decision of the Commissioner of Social Security to deny Plaintiff disability insurance benefits. Neither of the parties has filed an objection to this recommendation.

This matter was referred to United States Magistrate Judge Mary Ann Medler for a Report and Recommendation pursuant to 28 U.S.C. § 636(b). Judge Medler issued a Report and Recommendation on October 7, 2009 that recommended that the Commissioner's decision to deny benefits should be affirmed. Judge Medler found that the Administrative Law Judge's determination that Plaintiff was not entitled to benefits was supported by substantial evidence in the record.

Any objections to Judge Medler's Report and Recommendation had to be filed by October 19, 2009. Neither of the parties has filed an objection as of today's date.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the United States Magistrate Judge Meder is **SUSTAINED, ADOPTED AND INCORPORATED** herein. The Commissioner of Social Security's decision to deny disability benefits to Plaintiff is affirmed

                                                                         /s/ Rodney W. Sippel
                                                                         RODNEY W. SIPPEL
                                                                         UNITED STATES DISTRICT JUDGE

Dated this 28th day of October, 2009.